IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    MYRNA JOHNSON    :    CHAPTER 13
:
:
DEBTOR    :    BANKRUPTCY No. 16-11062 SR

## ORDER APPROVING COUNSEL FEES

AND NOW, this     day of           , 2016 upon consideration of the Motion of Zachary Perlick, Esquire seeking the revesting of Trustee refund to satisfy an award of attorney compensation and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

ORDERED AND DECREED that the Motion is granted. The Trustee is ordered to pay Zachary Perlick, Esquire attorney fees from fees of the estate in the amount of $200.00, subject to the trustee's commission, as approved by this Court before any funds revest to the debtor.

_____
THE HONORABLE STEPHEN RASLAVICH

Dated: October 12, 2016

cc:    Frederick L. Reigle, Trustee
      PO Box 4010
      Reading, PA 19606


      Zachary Perlick, Esquire
      1420 Walnut Street, Suite 718
      Philadelphia, PA  19102
      (215) 569-2922

      MYRNA JOHNSON
      108 East 64th Street
      Philadelphia, PA 19120