United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Myrna A. Johnson  
    Debtor

Case No. 16-11062-sr  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Virginia | Page 1 of 1 | Date Rcvd: Oct 12, 2016 |
|---|---|---|---|
|  | Form ID: pdf900 | Total Noticed: 1 |  |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2016.
db          +Myrna A. Johnson,    108 E. 64th Street,    Philadelphia, PA 19120-1023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2016 at the address(es) listed below:
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
       bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      ZACHARY PERLICK    on behalf of Debtor Myrna A. Johnson Perlick@verizon.net,
       pireland1@verizon.net
                                                                 TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:    MYRNA JOHNSON | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY No. 16-11062 SR |

## ORDER APPROVING COUNSEL FEES

AND NOW, this      day of                  , 2016  upon consideration of the Motion of Zachary Perlick, Esquire seeking the revesting of Trustee refund to satisfy an award of attorney compensation and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

ORDERED AND DECREED that the Motion is granted.  The Trustee is ordered to pay Zachary Perlick, Esquire attorney fees from fees of the estate in the amount of $200.00, subject to the trustee's commission, as approved by this Court before any funds revest to the debtor.

_____
THE HONORABLE STEPHEN RASLAVICH

Dated: October 12, 2016

cc:    Frederick L. Reigle, Trustee
       PO Box 4010
       Reading, PA 19606


       Zachary Perlick, Esquire
       1420 Walnut Street, Suite 718
       Philadelphia, PA  19102
       (215) 569-2922

       MYRNA JOHNSON
       108 East 64th Street
       Philadelphia, PA 19120