**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:       MYRNA JOHNSON           :       CHAPTER 13
                                     :
                                     :
             DEBTOR                  :       BANKRUPTCY No. 16-11062 SR

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $3,000.00 |
| Total expense cost: | $    20.00 |
| Attorney fee already paid by Debtor | $     0.00 |
| Net amount to be paid by Trustee | $2,020.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

_____
THE HONORABLE STEPHEN RASLAVICH

Dated:_____

cc:   Frederick L. Reigle, Trustee
      PO Box 4010
      Reading, PA 19606


      Zachary Perlick, Esquire
      1420 Walnut Street, Suite 718
      Philadelphia, PA  19102
      (215) 569-2922


**Date: October 21, 2016**