United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 16-11062-sr
Myrna A. Johnson   Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Oct 21, 2016
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2016.
db           +Myrna A. Johnson,   108 E. 64th Street,   Philadelphia, PA 19120-1023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2016 at the address(es) listed below:
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         ZACHARY PERLICK    on behalf of Debtor Myrna A. Johnson Perlick@verizon.net,
          pireland1@verizon.net
                                                                                         TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    MYRNA JOHNSON    :    CHAPTER 13
:
:
DEBTOR    :    BANKRUPTCY No. 16-11062 SR

**ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $3,000.00 |
| Total expense cost: | $   20.00 |
| Attorney fee already paid by Debtor | $    0.00 |
| Net amount to be paid by Trustee | $2,020.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

_____
THE HONORABLE STEPHEN RASLAVICH

Dated:_____

cc:    Frederick L. Reigle, Trustee
       PO Box 4010
       Reading, PA 19606


       Zachary Perlick, Esquire
       1420 Walnut Street, Suite 718
       Philadelphia, PA  19102
       (215) 569-2922

**Date: October 21, 2016**